UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>  Plaintiff(s),<br><br>  v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>  Defendant(s). | No. C-11-03859 (DMR)<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE WITHOUT PREJUDICE** |

The court is in receipt of Defendants' request to appear by telephone at the February 22, 2012 case management conference. [Docket No. 22.] Because Defendants have not conformed with the Court's standing order and established good cause for their request, the court DENIES the request without prejudice.

IT IS SO ORDERED.

Dated: February 8, 2012

DONNA M. RYU
United States Magistrate Judge

*[Stamp: DENIED WITHOUT PREJUDICE / Judge Donna M. Ryu]*