1  **DAVIS, COWELL & BOWE, LLP**
2  JOHN J. DAVIS, JR., SBN 65594   *jjdavis@dcbsf.com*
   SARAH GROSSMAN-SWENSON, SBN 259792   *sgs@dcbsf.com*
3  595 Market Street, Suite 1400
   San Francisco, CA 94105
4  Tel.: (415) 597-7200        Fax: (415) 597-7201
5  *Attorneys for Plaintiffs*

6  **SWEENEY, MASON, WILSON & BOSOMWORTH**
7  ROGER M. MASON, SBN 107486   *rmason@smwb.com*
   983 University Avenue, Suite 104C
8  Los Gatos, CA 95032
   Tel: (408) 356-3000        Fax: (408) 354-8839
9  *Attorneys for Defendants*

10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND; TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; and TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND;

   Plaintiffs,

   v.

   PEACOCK TILE AND MARBLE, INC., a California corporation; CHRISTYNE GRACE PAVONE; and DOES 1-10,

   Defendants.

) Case No. CV 11-3859 DMR
)
) Modified
) [~~PROPOSED~~] **ORDER ON STIPULATED REQUEST FOR RELIEF FROM DISCOVERY AND EXPERT DEADLINES**
)
) Filed:   August 5, 2011
)
) Judge:   Magistrate Judge Donna Ryu
)          Courtroom No. 4
)          3rd Floor
)          Oakland Courthouse
)          1301 Clay Street
)          Oakland, CA 94612

---

[~~PROPOSED~~] ORDER ON STIPULATED REQUEST FOR RELIEF    Case No. CV 11-3859 DMR
FROM DISCOVERY AND EXPERT DEADLINES

# [PROPOSED] ORDER ON STIPULATED REQUEST FOR RELIEF FROM DISCOVERY AND EXPERT DEADLINES

On October 30, 2012, Plaintiffs and Defendants submitted to this Court, the Honorable Donna M. Ryu presiding, the Parties' Stipulated Request for Relief from Discovery and Expert Deadlines. Having considered the papers and evidence submitted by the parties, all other pleadings and records on file herein, and good cause appearing,

IT IS HEREBY ORDERED THAT:

The Parties' request for relief from the discovery and expert deadlines set out in the November 21, 2012, Pretrial Order is GRANTED. The following discovery and expert deadlines shall now apply:

1. All non-expert discovery shall be completed by 12/31/2012.
2. Experts shall be disclosed and reports provided by 12/31/12.
3. Rebuttal experts shall be disclosed and reports provided by 1/14/2012.
4. All discovery from experts shall be completed by 1/28/2012.
5. The last day for hearing dispositive motions shall be 2/28/2013 at 11:00 a.m.

IT IS SO ORDERED.

Dated: October 31, 2012



IT IS SO ORDERED AS MODIFIED

THE HONORABLE DONNA M. RYU
United States Magistrate Judge

Respectfully submitted by:
DAVIS, COWELL & BOWE, LLP

By: /s/ Sarah Grossman-Swenson
Sarah Grossman-Swenson
Attorney for Plaintiffs