**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   TRUSTEES OF THE NORTHERN              No. C 11-03859 DMR
     CALIFORNIA TILE INDUSTRY PENSION
12   TRUST FUND,                           **ORDER**

13              Plaintiff(s),

14        v.

15   PEACOCK TILE AND MARBLE INC,

16              Defendant(s).
     _____/
17

18        The court orders the parties to file a joint status report no later than January 21, 2013.

19

20        IT IS SO ORDERED.

21

22   Dated:  January 14, 2013

23                                         _____
                                           DONNA M. RYU
24                                         United States Magistrate Judge

25

26

27

28