United States District Court

For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   TRUSTEES   OF   THE   NORTHERN          No. C-11-03859 DMR
    CALIFORNIA  TILE INDUSTRY PENSION
10  TRUST FUND,                             **ORDER SETTING CASE**
                                            **MANAGEMENT CONFERENCE**
11            Plaintiff(s),

12        v.

13  PEACOCK TILE AND MARBLE INC,

14            Defendant(s).
    _____/
15

16        TO ALL PARTIES AND COUNSEL OF RECORD:

17        A Case Management Conference is set for **February 13, 2013 at 1:30 p.m.**, Courtroom 4,

18  3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

19

20        IT IS SO ORDERED.

21

22  Dated:  February 7, 2013

23                                          _____
                                            DONNA M. RYU
24                                          United States Magistrate Judge

25

26

27

28