**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>       Plaintiff,<br><br>  v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>       Defendant.<br>_____/ | No. C-11-03859-(DMR)<br><br>**ORDER** |

The Case Management and Pretrial Order previously filed in this case on November 21, 2011 is hereby VACATED.

Dated: February 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge