United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-11-03859 (DMR)<br><br>ORDER ESTABLISHING BRIEFING SCHEDULE |

　　　Plaintiffs have filed a motion for leave to file an amended complaint. [Docket No. 49.] Defendants shall file any response to this motion by March 14, 2013. Plaintiffs shall file any reply to Defendants' response by March 21, 2013.

　　　IT IS SO ORDERED.

Dated: March 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge