UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>Plaintiff(s),<br><br>v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>Defendant(s).<br>_____/ | No. C-11-03859-DMR<br><br>**ORDER SETTING HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [DOCKET NO. 49]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on Plaintiffs' Motion for Leave to File Amended Complaint [Docket No. 49] is set for **May 9, 2013 at 11 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

Immediately upon receipt of this Order, Plaintiffs shall serve the prospective defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: April 12, 2013

DONNA M. RYU
United States Magistrate Judge