UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND, ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>PEACOCK TILE AND MARBLE, INC.,<br><br>Defendant(s). | No. C-11-03859 DMR<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference is set for **July 17, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **July 10, 2013.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: May 17, 2013

DONNA M. RYU
United States Magistrate Judge