**DAVIS, COWELL & BOWE, LLP**
JOHN J. DAVIS, JR., SBN 65594
    jjdavis@dcbsf.com
SARAH GROSSMAN-SWENSON, SBN 259792
    sgs@dcbsf.com
595 Market Street, Suite 1400
San Francisco, CA 94105
Tel.: (415) 597-7200
Fax: (415) 597-7201

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEACOCK TILE AND MARBLE, INC., *et al.*,<br><br>    Defendants. | Case No. CV 11-3859 DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE FOR NON-LEAD COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L. R. 7-11]**<br><br>Judge:    Magistrate Judge Donna Ryu<br><br>Date:     July 17, 2013<br><br>Time:    1:30 p.m.<br><br>Location: Courtroom No. 4, 3rd Floor<br>          Oakland Courthouse<br>          1301 Clay Street<br>          Oakland, CA 94612 |

# [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION

Having considered Plaintiffs' Administrative Motion for Leave for Non-Lead Counsel to Appear at Case Management Conference, the Declaration of John J. Davis, Jr. in Support, the Parties' Stipulation, and all other relevant papers and documents filed in this proceeding,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Administrative Motion is GRANTED;

2. Sarah Grossman-Swenson, counsel for Plaintiffs, may appear at the July 17, 2013, Case Management Conference in the event that lead trial counsel John J. Davis, Jr., is unable attend due to jury duty.

IT IS SO ORDERED.

DATED:____July 8, 2013_____

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

---

[~~PROPOSED~~] ORDER GRANTING PLS.' ADMIN. MOT.          Case No.  CV 11-3859 DMR