UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>    Defendant(s). | No. C-11-03859 DMR<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER** |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 99.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than **August 12, 2013.**

IT IS SO ORDERED.

Dated: July 30, 2013

DONNA M. RYU
United States Magistrate Judge