UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,<br><br>Plaintiff(s),<br><br>v.<br><br>PEACOCK TILE AND MARBLE INC,<br><br>Defendant(s).<br>_____/ | No. C-11-03859 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for November 13, 2013 has been CONTINUED to **March 19, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **March 12, 2014.** The parties are reminded that the court has already entered a case management and trial schedule in this case. *See* Docket No. 95. The motion filed by South Bay Construction to appear by telephone for the case management conference is denied as moot.

IT IS SO ORDERED.

Dated: November 6, 2013

_____
DONNA M. RYU
United States Magistrate Judge