1  **DAVIS, COWELL & BOWE, LLP**
   JOHN J. DAVIS, JR., SBN 65594
2      *jjdavis@dcbsf.com*
   SARAH GROSSMAN-SWENSON, SBN 259792
3      *sgs@dcbsf.com*
   ELIZABETH Q. HINCKLE, SBN 273553
4      *eqh@dcbsf.com*
   595 Market Street, Suite 1400
5  San Francisco, CA 94105
   Tel.: (415) 597-7200
6  Fax: (415) 597-7201
7
8  *Attorneys for Plaintiffs*
9

10
                    **UNITED STATES DISTRICT COURT**
11
                   **NORTHERN DISTRICT OF CALIFORNIA**
12

13

14 TRUSTEES of the NORTHERN CALIFORNIA    ) Case No. CV 11-3859 DMR
   TILE INDUSTRY PENSION TRUST FUND, *et* )
15 *al.*,                                 )
                                          ) **[PROPOSED] ORDER GRANTING**
16       Plaintiffs,                      ) **STIPULATION REGARDING**
                                          ) **DEFENDANTS' CORPORATE**
17                                        ) **NAMES**
            v.                            )
18                                        )
   PEACOCK TILE AND MARBLE, INC., *et al.*,)
19                                        )
         Defendants.                      )
20                                        )
                                         /
21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER GRANTING STIPULATION**
**REGARDING DEFENDANTS' CORPORATE NAMES**

Having consider the Parties' Stipulation Regarding Defendants' Corporate Names,

IT IS HEREBY ORDERED THAT:

    1.    The Parties' Stipulation is APPROVED;

    2.    The Parties' First Amended Complaint (Docket No. 57) shall be deemed by the Court and all parties to be amended by replacing the erroneously-used names with the proper corporate names for Homesite Services, Inc., and S.B.C.C., Inc., respectively, and that the proper corporate names shall be used by all parties on all pleadings and papers going forward.

IT IS SO ORDERED.

DATED:__P qxgo dgt '39.'4235_aaaaaaaa    _____

        THE HONORABLE DONNA M. RYU
        UNITED STATES MAGISTRATE JUDGE

1