1  **DAVIS, COWELL & BOWE, LLP**
   JOHN J. DAVIS, JR., SBN 65594
2      *jjdavis@dcbsf.com*
   SARAH GROSSMAN-SWENSON, SBN 259792
3      *sgs@dcbsf.com*
   ELIZABETH Q. HINCKLE, SBN 273553
4      *eqh@dcbsf.com*
   595 Market Street, Suite 1400
5
   San Francisco, CA 94105
6  Tel.**:**  (415) 597-7200
   Fax**:**  (415) 597-7201
7

8  *Attorneys for Plaintiffs*

9

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>PEACOCK TILE AND MARBLE, INC., *et al.*,<br><br>           Defendants. | Case No. CV 11-3859 DMR<br><br>**PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SAN JOSE CONSTRUCTION CO., INC.**<br><br>and<br><br>[proposed] **ORDER**<br>**[F.R.C.P. 41(a)(2)]**<br><br>Judge:     Magistrate Judge Donna Ryu<br><br>Location: Courtroom No. 4, 3rd Floor<br>              Oakland Courthouse<br>              1301 Clay Street<br>              Oakland, CA 94612 |

---

Pls.' Dismissal Without Prejudice of Def. San Jose Construction Co., Inc.
and [proposed] ORDER                                    Case No.  CV 11-3859 DMR

## PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF
## DEFENDANT SAN JOSE CONSTRUCTION CO., INC.

Pursuant to the Federal Rules of Civil Procedure, rule 41(a)(2), and the Stipulation approved by Court Order on May 23, 2014, at page 2, paragraph 4.b [Dkt. No. 119, p. 2:2-4], Plaintiffs Trustees of the Northern California Tile Industry Pension Trust Fund; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Trustees of the Northern California Tile Industry Vacation and Holiday Trust Fund; and Trustees of the Northern California Tile Industry Labor Management Cooperation Trust Fund ("Plaintiffs") hereby dismiss without prejudice Defendant San Jose Construction Co., Inc. from the above-entitled action, as Defendant has complied with paragraph III.A.1 of the Parties' Settlement Agreement [Dkt. No. 119, Exh. 1, p. 2, ¶ III.A.1].

Dated: June 16, 2014                           **DAVIS, COWELL & BOWE, LLP**

                                    By:    */s/ John J. Davis, Jr.*
                                             John J. Davis, Jr.
                                             Sarah Grossman-Swenson
                                             *Attorneys for Plaintiffs*

## ORDER

Pursuant to the Stipulation approved by Court Order on May 23, 2014 [Docket No. 119], Defendant San Jose Construction Co., Inc. is hereby dismissed without prejudice from the above-entitled action.

**IT IS SO ORDERED.**

Dated:___Lwpg"39_____, 2014

                                             DONNA M. RYU
                                             United States Magistrate Judge