**DAVIS, COWELL & BOWE, LLP**
JOHN J. DAVIS, JR., SBN 65594
  *jjdavis@dcbsf.com*
SARAH GROSSMAN-SWENSON, SBN 259792
  *sgs@dcbsf.com*
ELIZABETH Q. HINCKLE, SBN 273553
  *eqh@dcbsf.com*
595 Market Street, Suite 1400
San Francisco, CA 94105
Tel**:**  (415) 597-7200
Fax**:**  (415) 597-7201

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEACOCK TILE AND MARBLE, INC., *et al.*,<br><br>    Defendants. | Case No. CV 11-3859 DMR<br><br>**PLAINTIFFS' DISMISSAL WITH PREJUDICE OF DEFENDANT PAVONE TILE & MARBLE CO., INC.**<br>**and**<br>**[proposed] ORDER**<br>**[F.R.C.P. 41(a)(1)(A)(i)]**<br><br>Judge:    Magistrate Judge Donna Ryu<br><br>Location:  Courtroom No. 4, 3rd Floor<br>      Oakland Courthouse<br>      1301 Clay Street<br>      Oakland, CA 94612 |

---

Pls.' Dismissal With Prejudice of Def. Pavone Tile
and [proposed] ORDER                                              Case No.  CV 11-3859 DMR

## PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF
## DEFENDANT PAVONE TILE & MARBLE CO., INC.

Pursuant to the Federal Rules of Civil Procedure, rules 41(a)(1)(A)(i) and 55, and the Clerk's Notice of Entry of Default against Pavone Tile & Marble Co., Inc. on July 16, 2013 [Dkt. No. 93], Plaintiffs Trustees of the Northern California Tile Industry Pension Trust Fund; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Trustees of the Northern California Tile Industry Vacation and Holiday Trust Fund; and Trustees of the Northern California Tile Industry Labor Management Cooperation Trust Fund ("Plaintiffs") hereby dismiss with prejudice Defendant Pavone Tile & Marble Co., Inc., a dissolved corporation with no assets Plaintiffs have been able to identify, from the above-entitled action.

Dated:  June 16, 2014                              **DAVIS, COWELL & BOWE, LLP**

                                                   By:        */s/ John J. Davis, Jr.*
                                                           John J. Davis, Jr.
                                                           Sarah Grossman-Swenson
                                                           *Attorneys for Plaintiffs*

## ORDER

Defendant Pavone Tile & Marble Co., Inc. is hereby dismissed with prejudice from the above-entitled action.

**IT IS SO ORDERED.**

Dated:_____, 2014                           _____
                                                   DONNA M. RYU
                                                   United States Magistrate Judge

Pls.' Dismissal With Prejudice of Def. Pavone Tile
and [proposed] ORDER                                              Case No.  CV 11-3859 DMR