UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND,

    Plaintiff(s),

v.

PEACOCK TILE AND MARBLE INC,

    Defendant(s).
_____/

No. C-11-03859 DMR

**ORDER OF DISMISSAL**

The court having been advised by Plaintiffs that the remaining parties have agreed to a settlement of this case and there are no substantive claims remaining against any Defendants, *see* Docket No. 132, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; except to the extent, however, that the court has retained limited jurisdiction to enforce the settlement agreements and/or consent decrees. All further dates are vacated.

IT IS SO ORDERED.

Dated: June 23, 2014

_____
DONNA M. RYU
United States Magistrate Judge